UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Laurie J. Ray

Plaintiff,

vs.

State of Minnesota,

Defendant.

Civil File No. 01-CV-1260 MJD/RLE

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Settlement Agreement and Release ("Agreement") filed with the Court, the Court makes the following:

**ORDER**

1. The Agreement is hereby determined to be public data under the Minnesota Data Practices Act. It is further hereby determined that the reasons for settling this lawsuit as stated by plaintiff Laurie J. Ray ("Ray") and defendant State of Minnesota, in numbered paragraph 3 of the Agreement, comply with the requirements in Minn. Stat. § 13.43, subd. 2(a)(6) (2000).

2. This federal lawsuit is hereby dismissed with prejudice and on the merits, with Ray and the State to bear their own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 3-21, 2002.

BY THE COURT:

Michael J. [signature]

MAR 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK